FILED
RICHARD W. HAGEL
CLERK OF COURT
2015 FEB 26 PM 3: 45
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CASE NO. 2:15-cr-49 |
| v. | : | JUDGE FROST |
| PAUL R. TAYLOR, JR., | : | INDICTMENT |
| Defendant. | : | 26 U.S.C. § 7202 |

THE GRAND JURY CHARGES:

### COUNTS 1 through 10
(26 U.S.C. § 7202: Willful Failure to Account for and Pay Over Employment Tax)

Beginning on or about January 1, 2008, and continuing through and including June 30, 2010, in the Southern District of Ohio, the defendant,

**PAUL R. TAYLOR, JR.,**

did willfully fail to truthfully account for and pay over to the Internal Revenue Service all of the federal income taxes withheld and Federal Insurance Contributions Act taxes due and owing to the United States on behalf of Kingston LLC and its employees, for each quarter of each year in the total amounts shown for each specific count, as follows:

| Count | Quarter | Amount of Unpaid Withholdings/Trust Fund Taxes |
|---|---|---|
| 1 | First quarter of 2008 | $ 26,609.31 |
| 2 | Second quarter of 2008 | $ 20,341.76 |
| 3 | Third quarter of 2008 | $ 27,524.12 |
| 4 | Fourth quarter of 2008 | $ 33,919.48 |
| 5 | First quarter of 2009 | $ 37,518.00 |
| 6 | Second quarter of 2009 | $ 35,721.45 |
| 7 | Third quarter of 2009 | $ 35,200.32 |

| 8 | Fourth quarter of 2009 | $ 31,578.68 |
| 9 | First quarter of 2010 | $ 34,572.31 |
| 10 | Second quarter of 2010 | $ 5,624.53 |

Each in violation of Title 26, United States Code, Section 7202.

A TRUE BILL.

\_\_/s Foreperson_____
FOREPERSON

CARTER M. STEWART
United States Attorney

*[signature]*

BRENDA S. SHOEMAKER
Financial Crimes Chief